IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 13-CR-30183-MJR-1 |
| | ) |
| CHRISTOPHER JAMAAL FORD, | ) |
| | ) |
| Defendant. | ) |

**FACTUAL STIPULATION**

1.  On August 1, 2013, at approximately 9:24 p.m., defendant, Christopher Jamaal Ford, and his co-defendants, Daniel W. Amerson and Terry Lee Scott, entered the Chili's restaurant, located in Fairview Heights, Illinois. The defendants, following a period of planning, entered the restaurant (where Ford had previously been employed) with the intention of robbing it and sharing in the proceeds.

2.  Defendants Ford and Amerson were masked and armed with BB guns which resembled genuine semi-automatic firearms, which Ford had purchased earlier in the day from Wal-Mart in a transaction captured on video surveillance. Scott was unmasked, and the Government believes he was unarmed. Ford maintains that Scott was armed with a box cutter.

3.  In total, over twenty customers and employees were present in the restaurant when the defendants entered a side door to commit the robbery. The manager was ordered by Ford to open the safe, which contained a cash drawer and box. The Government maintains that Ford held a gun to the manager's head. Ford admits brandishing the gun, but denies pointing it at the manager. Defendants Amerson and Scott maintained watch over customers and employees while monies were taken. The Government's position is that some customers and employees were ordered to the back

of the restaurant and the ground; Ford denies that, with the exception of the manager being ordered by him to the back of the restaurant in order to open the safe. Defendant Scott took money directly from the hands of an employee. During the robbery, defendants Ford and Amerson displayed guns. The Government states that Ford pointed his gun at several of the customers, while Ford denies pointing his gun at any customers. The Government further maintains that both Ford and Scott, at various times, shouted threats or commands at the victims. Ford concedes that Scott did so, but denies doing so himself. Having obtained monies from the restaurant, the defendants re-entered the getaway car, which was driven by Ford, in full view of additional customers in the parking lot.

4. An alert customer was able to record the Missouri license plate number of the getaway car, and to provide it to police during a 911 call.

5. Police officers quickly located the getaway car on westbound Interstate 64, headed to Missouri, and activated their lights and sirens near the foot of the MLK Bridge. Ford did not obey the directive to stop the car, passed another motorist by driving on the shoulder, and drove at a high rate of speed (60 miles per hour in a 45 mile per hour zone) into the City of St. Louis until encountering a dead end.

6. Al three defendants attempted to flee the police on foot. Scott was immediately apprehended; defendants Ford and Amerson were locatred in the vicinity of nearby dumpsters. The getaway car was found to contain masks, two Daisy Powerline Model 340 BB guns, a cash register drawer and a cash box. In total, approximately $800 was recovered from the car and the path of flight. Various customers were able to identify the defendants as the robbers, either from arrays or from show ups. The cash register drawer and cash box were identified as having been taken from Chili's.

2

7. The day-to-day operations of Chili's restaurant affect interstate commerce. The robbery had a potential to affect, and did affect, interstate commerce in that the operating hours of the business were impacted and the assets of the business were depleted.

8. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not an exhaustive account of the defendant's criminal activity or of the involvement of others in the offense.

*/s/ Stephen NC OF /s/*
~~STEVEN~~ R. WIGGINGTON
United States Attorney

*/s/*
CHRISTOPHER JAMAAL FORD
Defendant

*/s/*
SUZANNE M. GARRISON
Assistant United States Attorney

*/s/*
DANIEL G. CRONIN
Attorney for Defendant

Date: 5-7-14

Date: May 7, 2014

3